IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| STATE OF TEXAS, | ) ) ) |
| Plaintiff, | ) Civil Action No. 4:18-cv-03368 |
| v. | ) ) ) |
| CITY OF HOUSTON, TEXAS, | ) ) ) |
| Defendant, | ) ) ) |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO STAY PROCEEDINGS TO ALLOW THE PARTIES TO COMPLETE SETTLEMENT NEGOTIATIONS**

On September 20, 2018, the United States Department of Justice, on behalf of the United States Environmental Protection Agency, filed a Complaint against the City of Houston ("Houston" or "the City"), Texas, pursuant to the Clean Water Act ("CWA"), 33 U.S.C. § 1251, *et seq*. The Complaint relates to Houston's wastewater treatment plants and wastewater collection and transmission system (generally referred to the Houston "sewer system"). For good cause and consistent with judicial economy, the United States moves the Court to stay all litigation activity for a period of at least 90 days to allow the parties to continue and, if able, complete ongoing settlement discussions. Counsel for the State of Texas and for the City have authorized the United States to represent that they support this motion.

In support of this motion, the United States avers as follows:

The U.S. Department of Justice, U.S. Environmental Protection Agency, the Attorney General of the State of Texas, the Texas Commission on Environmental Quality, and Houston (the "parties") have been engaged in settlement discussions for several years in an effort to address alleged violations of the CWA and the Texas Water Code with respect to Houston's sewer system.  These discussions have stretched over several years because Houston operates one of the largest sewer systems in the Nation and the issues subject to the discussions are complex and highly technical.  Prior to Hurricane Harvey the parties made significant progress toward a final agreement.  Due to the devastating impact of Hurricane Harvey, the parties agreed to suspend settlement negotiations to allow the City's leadership to focus attention on the health and safety of its citizens and the damage caused by Hurricane Harvey.  Recently, the parties resumed negotiations and have continued to make good progress toward an agreement.

 On July 23, 2018, the Bayou City Waterkeeper provided notice to the Mayor of Houston, the U.S. Environmental Protection Agency, and the Texas Commission on Environmental Quality of its intent to initiate a civil lawsuit against the City pursuant to the citizen suit provisions of the CWA.  The notice letter states that the suit will allege the City's failure to comply with state-issued permits and other violations of the CWA.  Under the citizen suit provisions of the CWA, no such action may be commenced prior to sixty days after providing notice and, thereafter, if the EPA Administrator or the State has commenced and is diligently prosecuting an action in a court of the United States or a State to require compliance with the CWA.

 The parties have consulted and believe that it would be in the best interest of each party, in the public's interest, and consistent with judicial economy, to focus on continuing and completing settlement negotiations for a short period without any competing challenges

associated with litigation. If the stay of litigation activity is granted, the United States would file regular status updates with the Court at least once every 45 days. Should negotiations stall or the parties conclude that reaching a final agreement is not feasible counsel for the United States will promptly notify the Court.

                Respectfully submitted,

                FOR THE UNITED STATES

                JEFFREY H. WOOD
                Acting Assistant Attorney General
                Environment and Natural Resources Division
                U.S. Department of Justice

Dated: September 20, 2018         *s/ Nathaniel Douglas*
                NATHANIEL DOUGLAS
                Pennsylvania Bar No. 18217
                Environmental Enforcement Section
                Environment and Natural Resources Division
                United States Department of Justice
                P.O. Box 7611
                Washington, DC, 20004
                Ph: (202) 514-4628
                Fax: (202) 616-6584
                Nathaniel.Douglas@usdoj.gov
                Attorney-in-charge for the United States

                RYAN PATRICK
                United States Attorney
                Southern District of Texas

                DANIEL D. HU
                Assistant United States Attorney
                Chief, Civil Division
                SD Texas ID 7959
                Texas bar number 10131415
                1000 Louisiana, Suite 2300
                Houston, TX 77002

        Ph: (713) 567-9518
        Daniel.Hu@usdoj.gov

        *s/ Justin D. Heminger*
        JUSTIN D. HEMINGER
        Chief of Staff and Counsel
        to the Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W., Room 2607
        Washington, D.C.  20530-0001
        (202) 305-0312
        justin.heminger@usdoj.gov

OF COUNSEL:

MORGAN ROG
Attorney-Advisor
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C.  20460

EFREN ORDÓÑEZ
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency
Region VI
1445 Ross Ave., Suite 1200
Dallas, TX  75202

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2018, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing, and I caused the same to be served by e-mail and U.S. Mail on the following counsel:

Ronald C. Lewis
City Attorney
City of Houston Legal Department
P.O. Box 368
Houston, TX 77001-0368
Ronald.Lewis@houstontx.gov

Debra T. Baker
Baker · Wotring LLP
700 JPMorgan Chase Tower,
600 Travis Street
Houston, TX 77002
DBaker@BakerWotring.com

                                                 *s/ Justin D. Heminger*
                                               U.S. Department of Justice