United States District Court
Southern District of Texas
**ENTERED**
September 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| STATE OF TEXAS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-18-3368 |
| v. | § § | |
| CITY OF HOUSTON, TEXAS, | § § | |
| Defendant. | § § | |

### ORDER STAYING LITIGATION PENDING SETTLEMENT NEGOTIATIONS

Upon Plaintiff United States's Unopposed Motion to Stay Proceedings to Allow the Parties to Complete Settlement Negotiations, and it appearing to the Court that granting said motion is in the best interest of judicial economy and will facilitate settlement, it is

ORDERED that the motion to stay the instant case (Document No. 2) is GRANTED; and it is further

ORDERED that the parties shall file a joint report to the Court on the progress of settlement discussions and/or negotiations every 45 days following entry of this Order; and it is further

ORDERED that any party, upon advance written notice to the parties and for good cause shown, may request a status conference or that the matter be returned to the active litigation docket.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 24th day of September, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE