IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-CV-3368 |
| v. | § § | JUDGE EWING WERLEIN, JR. |
| CITY OF HOUSTON, | § § § | |
| Defendant. | § | |

Certificate of Service

I certify that on October 9, 2018, I served Bayou City Waterkeeper's Opposed Motion to Intervene as Plaintiff and all attachments on the following counsel via U.S. mail and email:

Debra T. Baker
Baker Wotring LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
DBaker@bakerwotring.com

*/s/ David Frederick*
David Frederick

*Attorney for the Proposed Plaintiff-Intervenor Bayou City Waterkeeper*

1