United States District Court
Southern District of Texas
**ENTERED**
November 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § | |
| and | § § | |
| BAYOU CITY WATERKEEPER, | § § | CIVIL ACTION NO. H-18-3368 |
| Plaintiff-Intervenor, | § § | |
| v. | § § | |
| CITY OF HOUSTON, | § § | |
| Defendant. | § § | |

ORDER

Pending is Bayou City Waterkeeper's Opposed Motion to Intervene as Plaintiff (Document No. 12). It is undisputed that Plaintiff-Intervenor Bayou City Waterkeeper is entitled to intervene as a matter of right under 33 U.S.C. § 1365(b)(1)(B) and Rule 24(a)(1) of the Federal Rules of Civil Procedure.[1] Accordingly, Bayou City Waterkeeper's Opposed Motion to Intervene as Plaintiff (Document No. 12) is GRANTED and its Original Complaint in Intervention attached as Exhibit 1 thereto is deemed filed. The case remains stayed subject to the conditions imposed

---

[1] Plaintiffs concede that Bayou City Waterkeeper is entitled to intervene as a matter of right, although they ask the Court to delay enforcing that right. Document No. 18. Defendant has not appeared or responded in opposition to the motion to intervene.

in the Court's Order Staying Litigation Pending Settlement Negotiations, entered on September 24, 2018.[2]

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 19TH day of November, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Document No. 8.