IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, | § § § | |
| Plaintiffs, | § | |
| and | § § | |
| BAYOU CITY WATERKEEPER | § § | CIVIL ACTION NO. 4:18-CV-3368 JUDGE EWING WERLEIN, JR. |
| Plaintiff-Intervenor, | § § | |
| v. | § § | |
| CITY OF HOUSTON, | § § | |
| Defendant. | § § | |

<u>Plaintiff-Intervenor Bayou City Waterkeeper's Notice of Related Litigation</u>

Pursuant to Local Rule 5.2, Plaintiff-Intervenor Bayou City Waterkeeper respectfully submits this Notice to advise the Court of the following related current litigation and of directly affected non-parties.

*Bayou City Waterkeeper v. City of Houston, Texas,* 4:18-cv-3369 (S.D. Tex.), was filed September 21, 2018. The case was assigned to Judge Andrew Hanen. Bayou City Waterkeeper and City of Houston are the only named parties; thus, there are no non-parties that would be directly affected by the action before this Court.

**Summary of Related Nature of the Litigation**

The cases are related because they present common questions of law and facts and arise from the same or substantially similar events. Both cases contend that the City of Houston violated the Clean Water Act and its Texas Pollutant Discharge Elimination System ("TPDES")

1

permits by discharging untreated wastewater into and adjacent to area waters over the course of several years.

    Date: November 26, 2018

                                        By: */s/ David Frederick*
                                        David Frederick
                                        Attorney-in-charge
                                        Texas Bar No. 07412300
                                        Eric Allmon, of counsel
                                        Texas Bar No. 24031819
                                        Lauren Ice, of counsel
                                        Texas Bar No. 24092560
                                        Frederick, Perales, Allmon & Rockwell, P.C.
                                        1206 San Antonio St.
                                        Austin, Texas 78701
                                        Tel: (512) 469-6000
                                        Fax: (512) 482-9346
                                        dof@lf-lawfirm.com
                                        eallmon@lf-lawfirm.com
                                        lauren@lf-lawfirm.com
                                        *Attorneys for Bayou City Waterkeeper*

                                        Kristen Schlemmer, of counsel
                                        Texas Bar No. 24075029
                                        S.D. Tex. Bar No. 2078411
                                        Bayou City Waterkeeper
                                        2010 N. Loop West, Suite 275
                                        Houston, TX 77018
                                        Tel: (281) 901-0182
                                        kristen@bayoucitywaterkeeper.org
                                        *Attorney for Bayou City Waterkeeper*

<u>Certificate of Service</u>

    I certify that on November 26, 2018, I electronically filed this Plaintiff-Intervenor Bayou City Waterkeeper's Notice of Related Litigation using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                        */s/ David Frederick*
                                        David Frederick

                                        *Attorney for Bayou City Waterkeeper*