UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>and )<br>)<br>BAYOU CITY WATERKEEPER, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>CITY OF HOUSTON, TEXAS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 4:18-cv-03368<br>Judge EWING WERLEIN, JR. |

**FOURTH JOINT REPORT ON THE PROGRESS
OF SETTLEMENT NEGOTIATIONS**

Plaintiffs United States and State of Texas ("State") and Defendant City of Houston, Texas ("City") submit this Fourth Joint Report on the Progress of Settlement Negotiations as directed by the Court at the conclusion of the February 22, 2019, status conference. The negotiating teams for Plaintiffs and the City hereby report to the Court that they have reached a proposed settlement of the claims alleged in Plaintiffs' Complaint.[1]

---

[1] Counsel for the United States, the State, and the City wish to emphasize to the Court that they and others working with them are serving as negotiators for the respective Parties. Any references in this Fourth Joint Report to the Parties reaching a proposed settlement mean that the negotiating teams have agreed on positions they intend to recommend to the respective Parties' principals. The final written agreement will be subject to the review and approval of the Mayor of Houston and the City's governing body and appropriate officials of the United States and the State authorized to approve final settlements. Accordingly, "negotiating teams" is used when reference is made to any party's proposed settlement position.

**BRIEF BACKGROUND STATEMENT**

On September 20, 2018, simultaneously with filing the joint Complaint of Plaintiffs, the United States filed an Unopposed Motion to Stay Proceedings to Allow the Parties to Complete Settlement Negotiations ("Stay Motion") (ECF No. 2). The Stay Motion was supported by the State and the City. On September 24, 2018, the Court entered an Order Staying Litigation Pending Settlement Negotiations ("Stay Order") (ECF No. 8). The Stay Order directed Plaintiffs and the City to file a joint report on settlement progress every 45 days following entry of the Stay Order. *Id*.

Pursuant to the Stay Order, Plaintiffs and the City submitted to the Court three Joint Reports on the Progress of Settlement Negotiations on November 8, 2018, December 21, 2018, and February 4, 2019. Each Joint Report advised the Court that the negotiating teams continued to make progress in reaching a proposed settlement. On February 22, 2019, the Court conducted a status conference to consider, among other things, the status of settlement negotiations. Plaintiffs and the City advised the Court that they were very close to reaching a proposed settlement, but that the issue of an appropriate civil penalty to be paid by the City remained unresolved.

Subsequent to the recent status conference, the negotiating teams continued negotiations. The negotiating teams have now resolved the civil penalty issue, as well as some other minor issues. Therefore, the negotiating teams have reached a proposed final settlement, which each negotiating team has agreed to recommend to its Party Principal for approval.

**NEXT STEPS**

The proposed settlement document consists of more than one hundred pages, and there are a number of appendices. The negotiating teams need to finalize the document and the appendices before each negotiating team will be able to initiate its respective approval process.

In addition, the negotiating teams intend to discuss their respective approval processes and the time needed for approval. Accordingly, the negotiating teams will discuss these issues this week and begin their respective approval processes. Plaintiffs and the City will file a further Joint Report within thirty days to inform the Court on the status of the approval process and initiation of the public participation process.

## CONCLUSION

Plaintiffs and the City are committed to completing the settlement process as promptly as possible.

Respectfully submitted,

FOR THE UNITED STATES

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*s/ Nathaniel Douglas*
NATHANIEL DOUGLAS
Pennsylvania Bar No. 18217
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC, 20004
Ph: (202) 514-4628
Fax: (202) 616-6584
Nathaniel.Douglas@usdoj.gov
Attorney-in-charge for the United States

RYAN PATRICK
United States Attorney
Southern District of Texas

        DANIEL D. HU
        Assistant United States Attorney
        Chief, Civil Division
        SD Texas ID 7959
        Texas bar number 10131415
        1000 Louisiana, Suite 2300
        Houston, TX 77002
        Ph: (713) 567-9518
        Daniel.Hu@usdoj.gov

OF COUNSEL:

MORGAN ROG
Attorney-Advisor
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460


EFREN ORDÓÑEZ
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency
Region VI
1445 Ross Ave., Suite 1200
Dallas, TX 75202

        FOR THE STATE OF TEXAS

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        DARREN C. MCCARTY
        Deputy Attorney General for Civil Litigation

        PRISCILLA M. HUBENAK
        Chief, Environmental Protection Division

        *s/ Phillip Ledbetter*
        PHILLIP LEDBETTER
        Assistant Attorney General
        Attorney-in-Charge
        State Bar No. 24041316

S.D. Bar No. 1401529
Phillip.Ledbetter@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, TX 78711-2548
Telephone: 512-475-4152
Facsimile: 512-320-0911

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, a copy of the foregoing Fourth Joint Report on the Progress of Settlement Negotiations was filed electronically with the Clerk of Court using the CM/ECF system.  I also certify that I caused this filing to be served by e-mail and U.S. Mail on the following counsel:

Tiffany S. Bingham
Senior Assistant City Attorney
900 Bagby, 4th Floor
Houston, Texas 77002
tiffany.bingham@houstontx.gov

Debra T. Baker
Baker · Wotring LLP
700 JPMorgan Chase Tower,
600 Travis Street
Houston, TX 77002
DBaker@BakerWotring.com

                                     *s/ Nathaniel Douglas*
                                     NATHANIEL DOUGLAS