UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| and | ) | |
| | ) | |
| BAYOU CITY WATERKEEPER, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:18-cv-03368 |
| | ) | Judge EWING WERLEIN, JR. |
| CITY OF HOUSTON, TEXAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SEVENTH JOINT REPORT ON THE PROGRESS OF SETTLEMENT NEGOTIATIONS

Plaintiffs, the United States of America and the State of Texas ("State"), and Defendant City of Houston (collectively, the "Negotiating Parties") file this Seventh Joint Report on the Progress of Settlement Negotiations ("Joint Report"). The Sixth and Fifth Joint Reports (ECF Nos. 36 & 37) filed by the Negotiating Parties advised the Court that a proposed settlement had been reached by the negotiating teams, that each negotiating team had briefed its Party-Principal(s) on the terms of the proposed settlement, and that initially the proposed settlement was subject to a review and pre-approval process by the persons authorized to approve or not approve the proposed settlement on behalf of the United States Department of Justice, United States Environmental Protection Agency and the State of Texas.

At this time, counsel for the United States and the State advise the Court that their respective review and pre-approval processes have been completed. Counsel for the United States will proceed promptly to notify the City of the results of their respective processes and thereafter advise the Court of the status of this matter as promptly as possible. Counsel for the City has advised the United States and the State that any new or revised terms of the proposed settlement would have to undergo additional review by the City.

Respectfully submitted,

FOR THE UNITED STATES

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

 *s/ Nathaniel Douglas*
NATHANIEL DOUGLAS
Pennsylvania Bar No. 18217
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC, 20004
Ph: (202) 514-4628
Fax: (202) 616-6584
Nathaniel.Douglas@usdoj.gov
Attorney-in-charge for the United States

RYAN PATRICK
United States Attorney
Southern District of Texas

DANIEL D. HU
Assistant United States Attorney
Chief, Civil Division
SD Texas ID 7959

Texas bar number 10131415
1000 Louisiana, Suite 2300
Houston, TX 77002
Ph: (713) 567-9518
Daniel.Hu@usdoj.gov

OF COUNSEL:

MORGAN ROG
Attorney-Advisor
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460


EFREN ORDÓÑEZ
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency
Region VI
1445 Ross Ave., Suite 1200
Dallas, TX 75202

FOR THE STATE OF TEXAS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN C. MCCARTY
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

 *s/ Phillip Ledbetter*
PHILLIP LEDBETTER
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24041316
S.D. Bar No. 1401529
Phillip.Ledbetter@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, TX 78711-2548
Telephone: 512-475-4152
Facsimile: 512-320-0911

ATTORNEYS FOR THE STATE OF TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, a copy of the foregoing Seventh Joint Report on the Progress of Settlement Negotiations was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I caused this filing to be served by e-mail and U.S. Mail on the following counsel:

Tiffany S. Bingham
Senior Assistant City Attorney
900 Bagby, 4th Floor
Houston, Texas 77002
tiffany.bingham@houstontx.gov

Phillip M. Goodwin
Regulatory Compliance Director
Houston Public Works
611 Walker
Houston TX 77002
phillip.goodwin@houstontx.gov

                                          *s/ Nathaniel Douglas*
                                          NATHANIEL DOUGLAS