UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| and | ) | |
| | ) | |
| BAYOU CITY WATERKEEPER, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:18-cv-03368 |
| | ) | Judge EWING WERLEIN, JR. |
| CITY OF HOUSTON, TEXAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EIGHTH JOINT REPORT ON THE PROGRESS
OF SETTLEMENT NEGOTIATIONS**

Plaintiffs, the United States of America and the State of Texas ("State"), and Defendant

City of Houston (collectively, the "Negotiating Parties") file this Eighth Joint Report on the

Progress of Settlement Negotiations ("Joint Report"). The Seventh Joint Report (ECF No. 38)

filed by the Negotiating Parties advised the Court that a proposed settlement had been reached by

the negotiating teams, and that the United States and the State have completed their respective

review and pre-approval/disapproval processes.  The Seventh Joint Report also advised the Court

that Counsel for the United States would proceed promptly to notify the City of the results of the

Plaintiffs' respective processes and thereafter advise the Court of the status of this matter as

promptly as possible.  Accordingly, Counsel of the United States and the State file this Eighth

Joint Report to keep the Court advised of the status of this matter.

At this time, Counsel for the United States and the State advise the Court that they have

notified the City of the results of their respective review and pre-approval/disapproval processes.

Counsel for Negotiating Parties will keep the Court advised of the status of this matter.


Respectfully submitted,

FOR THE UNITED STATES

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

 s/ Nathaniel Douglas
NATHANIEL DOUGLAS
Pennsylvania Bar No. 18217
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC, 20004
Ph: (202) 514-4628
Fax: (202) 616-6584
Nathaniel.Douglas@usdoj.gov
Attorney-in-charge for the United States

RYAN PATRICK
United States Attorney
Southern District of Texas

DANIEL D. HU
Assistant United States Attorney
Chief, Civil Division
SD Texas ID 7959
Texas bar number 10131415
1000 Louisiana, Suite 2300

Houston, TX 77002
Ph: (713) 567-9518
Daniel.Hu@usdoj.gov

OF COUNSEL:

MORGAN ROG
Attorney-Advisor
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C.  20460


EFREN ORDÓÑEZ
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency
Region VI
1445 Ross Ave., Suite 1200
Dallas, TX  75202

FOR THE STATE OF TEXAS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN C. MCCARTY
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

 s/ Phillip Ledbetter
PHILLIP LEDBETTER
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24041316
S.D. Bar No. 1401529
Phillip.Ledbetter@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division

3

P.O. Box 12548, MC-066
Austin, TX 78711-2548
Telephone: 512-475-4152
Facsimile: 512-320-0911

ATTORNEYS FOR THE STATE OF TEXAS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2019, a copy of the foregoing Eighth Joint Report on the

Progress of Settlement Negotiations was filed electronically with the Clerk of Court using the

CM/ECF system.  I also certify that I caused this filing to be served by e-mail and U.S. Mail on

the following counsel:

Tiffany S. Bingham
Senior Assistant City Attorney
900 Bagby, 4th Floor
Houston, Texas 77002
tiffany.bingham@houstontx.gov

Phillip M. Goodwin
Regulatory Compliance Director
Houston Public Works
611 Walker
Houston TX 77002
phillip.goodwin@houstontx.gov


        *s/ Nathaniel Douglas*
        NATHANIEL DOUGLAS