UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>and )<br>)<br>BAYOU CITY WATERKEEPER, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>CITY OF HOUSTON, TEXAS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 4:18-cv-03368<br>Judge EWING WERLEIN, JR. |

## NOTICE OF LODGING OF CONSENT DECREE

On September 20, 2018, Plaintiffs United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), and the State of Texas, on behalf of the Texas Commission on Environmental Quality ("TCEQ"), filed a Complaint against the City of Houston ("City"), Texas, pursuant to Section 309(b) and (d) of the Clean Water Act ("CWA"), 33 U.S.C. § 1319(b) and (d) and provisions of the Texas Water Code ("TWC"). The Complaint seeks injunctive relief and the assessment of civil penalties for two categories of violations related to the sewer system owned and operated by the City: (a) illegal discharges, namely sanitary sewer overflows ("SSOs"), from components of the wastewater collection and transmission system in violation of Section 301(a) of the CWA, 33 U.S.C. §1311(a), provisions of the TWC, and terms and conditions of Texas Pollutant Discharge Elimination System ("TPDES") permits and (b)

discharges of pollutants from wastewater treatment plants that exceed effluent limits established in the City's TPDES permits in violation of Section 301(a) of the CWA, provisions of the TWC, and terms and conditions of TPDES permits.

At this time, Plaintiffs notify the Court that the United States, Texas and the City have executed a Consent Decree that would resolve the claims alleged in the Complaint. Plaintiffs have lodged the Consent Decree with the Court. Plaintiffs request that the Court take no action on the Consent Decree at this time. Consistent with Department of Justice regulations codified at 28 C.F.R. § 50.7, the United States will publish in the Federal Register a notice that the Consent Decree has been lodged with Court. Similarly, consistent with the TWC § 7.110, the Office of the Attorney General of Texas will publish in the Texas Register a notice that the Consent Decree has been lodged with the Court. Each notice will solicit public comment on the Consent Decree for a period of 30 days. No action by the Court is necessary in response to this Notice of Lodging and for the duration of the public comment periods referenced above. After the close of the two comment periods, the United States and the State will evaluate any comments received and will thereafter request the Court to take appropriate action regarding the Consent Decree. The Consent Decree is attached hereto as Exhibit A.

Respectfully submitted,

FOR THE UNITED STATES

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

 s/ Nathaniel Douglas
NATHANIEL DOUGLAS
Pennsylvania Bar No. 18217
Deputy Section Chief

Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC, 20004
Ph: (202) 514-4628
Fax: (202) 616-6584
Nathaniel.Douglas@usdoj.gov
Attorney-in-charge for the United States

RYAN PATRICK
United States Attorney
Southern District of Texas

DANIEL D. HU
Assistant United States Attorney
Chief, Civil Division
SD Texas ID 7959
Texas bar number 10131415
1000 Louisiana, Suite 2300
Houston, TX 77002
Ph: (713) 567-9518
Daniel.Hu@usdoj.gov

OF COUNSEL:

MORGAN ROG
Attorney-Advisor
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C.  20460


EFREN ORDÓÑEZ
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency
Region VI
1445 Ross Ave., Suite 1200
Dallas, TX  75202

FOR THE STATE OF TEXAS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN C. MCCARTY
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

 *s/ Phillip Ledbetter*
PHILLIP LEDBETTER
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24041316
S.D. Bar No. 1401529
Phillip.Ledbetter@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, TX 78711-2548
Telephone: 512-475-4152
Facsimile: 512-320-0911

ATTORNEYS FOR THE STATE OF TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, a copy of the foregoing Notice of Lodging of Consent Decree was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I caused this filing to be served by e-mail and U.S. Mail on the following counsel:

Tiffany S. Bingham
Senior Assistant City Attorney
900 Bagby, 4th Floor
Houston, Texas 77002
tiffany.bingham@houstontx.gov

Phillip M. Goodwin
Regulatory Compliance Director
Houston Public Works
611 Walker
Houston TX 77002
phillip.goodwin@houstontx.gov

                                              _s/ Nathaniel Douglas_
                                              NATHANIEL DOUGLAS