UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>and )<br>)<br>BAYOU CITY WATERKEEPER, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>CITY OF HOUSTON, TEXAS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 4:18-cv-03368<br>Judge Charles Eskridge |

## **[PROPOSED] ORDER**

Upon Consideration of the Opposed Motion of the United States and the State of Texas for Entry of Consent Decree ("Motion"), as well as all materials submitted by the parties with respect to the Motion, the Court finds that the Consent Decree previously lodged with the Court (ECF No. 40) is fair, adequate, reasonable, and consistent with the public interest. Accordingly, the Court hereby GRANTS said Motion.

It is hereby ORDERED that the Consent Decree between Plaintiffs, the United States of America and the State of Texas, and Defendant the City of Houston shall be signed and entered as the final judgment in this action.

It is further ORDERED that copies of any final Deliverables required under the Decree and submitted by the City to EPA and TCEQ under the terms of the Decree, any Annual Reports and any Monthly SSO reports shall also be provided to the Plaintiff-Intervenor to allow Plaintiff-Intervenor to monitor implementation of the Decree. If any party to the Decree files a motion with the Court arising under the Decree, such motion and any response shall be served on Plaintiff-Intervenor, and it shall have the right to respond to any such motion.

**SO ORDERED.**

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge