United States District Court
Southern District of Texas
**ENTERED**
August 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | CIVIL ACTION NO. 4:18-CV-3368 |
| Plaintiff, | § | The Honorable Charles R. Eskridge III |
| | § | |
| STATE OF TEXAS, | § | |
| Plaintiff, and | § | |
| | § | |
| BAYOU CITY WATERKEEPER, | § | |
| Plaintiff-Intervenor, | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF HOUSTON, | § | |
| Defendant. | § | |

## Order

The Court extends the response and submission dates for the Opposed Motion for Entry of Consent Decree Filed by Plaintiffs United States and State of Texas by seven days. Bayou City Waterkeeper's response shall be due on September 4, 2020, and the submission date shall be September 14, 2020. This extension shall not affect the schedule in this case.

Signed on August 27, 2020, at Houston, Texas.

_____
Charles Eskridge
United States District Judge