United States District Court
Southern District of Texas
**ENTERED**
March 02, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS,<br>   Plaintiffs,<br><br>vs.<br><br>CITY OF HOUSTON, TEXAS and BAYOU CITY WATERKEEPERS,<br>   Defendants. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>4:18-cv-03368<br><br><br><br>JUDGE CHARLES ESKRIDGE |

**NOTICE OF STATUS CONFERENCE**

Before the Court is motion by the City of Houston for a status conference, along with notice that the request is unopposed. Dkts 48, 49.

A status conference is set in this case for March 24, 2021, at 1:30 PM Central Time via Zoom. Details for the Zoom conference will be provided by the Case Manager prior to the conference.

SO ORDERED.

Signed on March 2, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge