United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| and ) | |
| ) | |
| BAYOU CITY WATERKEEPER, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Civil Action No. 4:18-cv-03368 |
| ) | Judge Charles R. Eskridge |
| CITY OF HOUSTON, TEXAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER APPROVING CONSENT DECREE AND FINAL JUDGMENT**

Upon consideration of the Opposed Motion for Entry of the Consent Decree ("Motion") filed by the United States and the State of Texas, as well as all materials submitted by the parties with respect to the Motion, the Court finds that the Consent Decree previously lodged with the Court (ECF No. 40-1) is fair, adequate, reasonable, and consistent with the public interest. Accordingly, the Court hereby **GRANTS** said Motion. It is hereby **ORDERED** that the Consent Decree between Plaintiffs, the United States of America and the State of Texas,

and Defendant the City of Houston, Texas, shall be signed and entered as the final judgment in this action.

It is further **ORDERED** that, consistent with Bayou City Waterkeeper's ("Plaintiff-Intervenor BCWK") status as an intervenor, copies of any final Deliverables required under the Decree and submitted by the City of Houston to EPA and TCEQ under the terms of the Decree, any Annual Reports and any Monthly SSO reports shall also be provided to the Plaintiff-Intervenor BCWK to allow Plaintiff-Intervenor BCWK to monitor implementation of the Decree. If any party to the Decree files a motion with the Court arising under the Decree, such motion and any response shall be served on Plaintiff-Intervenor BCWK, and BCWK, consistent with its status as an intervenor, may respond to any such motion.

Plaintiff-Intervenor BCWK's objections to the Consent Decree are **OVERRULED,** and all of Plaintiff-Intervenor BCWK's requests for relief are **DENIED**. All relief not expressly granted in the Consent Decree or this Order is **DENIED**.

**SO ORDERED**.

Signed on March 31, 2021, at Houston, Texas.

*[signature: Chas R Eshridge II]*

Hon. Charles R. Eskridge
United States District Judge